AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
AUSTIN M. OLSON

Defendant

) Case: 1:24-mj-00355
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 11/6/2024
) Description: COMPLAINT W/ARREST WARRANT
)

RECEIVED NOV 6 '24
U.S. MARSHAL-DC PM:54

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AUSTIN M. OLSON                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(1)(A)(i) - Unlawful activities (Carry on the Grounds or in any of the Capitol Buildings a firearm, a dangerous weapon, explosives, or an incendiary device)

Date:   11/06/2024

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11.7.24, and the person was arrested on *(date)* 11.7.24
at *(city and state)* WASHINGTON DC

Date: 11.7.24

*Arresting officer's signature*

JAMES M. SOLJES / SUPERVISORY SPECIAL AGENT
*Printed name and title*